UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                  No.  20 CR 126-LTS

SHELBY HINES,

        Defendant.

-------------------------------------------------------x

## Order

        The Court has received and reviewed Defendant Shelby Hines's application for bail, made in light of the COVID-19 epidemic, and the opposition and reply submissions in connection therewith.  The Court will hold a telephonic hearing on Mr. Hines's application on **Monday, April 27, 2020, at 3:15 p.m**.  A hearing with Defendant's participation cannot be arranged before the week of May 4, 2020, at the earliest, and a firm hearing date cannot be arranged before the end of the week of April 27, 2020.  Counsel are directed to confer and inform the Court by **12:00 p.m. on April 24, 2020**, whether they wish to proceed without Defendant's presence on Monday, April 27, 2020, at 3:15 p.m.

        To access the call, should it proceed on April 27, 2020, the parties must dial 888-363-4734 and enter the access code 1527005, followed by the security code 1198.  Call participants are directed to observe the following rules:

        1.  Use a landline whenever possible.

        2.  Use a handset rather than a speakerphone.

        3.  All callers in to the line must identify themselves if asked to.

        4.  Identify yourself each time you speak.

        5.  Mute when you are not speaking to eliminate background noise.

      6. Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

    SO ORDERED.

Dated: New York, New York
      April 22, 2020

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge