

May 20, 2020

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *United States v. Shelby Hines*
Ind. # 20 Cr. 126 (LTS)

Dear Judge Swain:

     Following the submission of my letter-motion dated May 19, 2020, AUSA Hobson and I have had a conversation about my concern regarding my client's access to discovery at the WCJ. Mr. Hobson has suggested a potential accommodation that may very well resolve the issue. At this point, therefore, I would respectfully suggest that my letter-motion be held in abeyance unless and until this discovery issue requires assistance from the Court.

     Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

By: Steven Brill, Esq.

The letter-motion (DE#82) is deemed withdrawn without prejudice.

SO ORDERED.
5/21/2020
/s/ Laura Taylor Swain, USDJ