UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　No.   20 CR 126-LTS

SHELBY HINES,

        Defendant.

-------------------------------------------------------x

### ORDER

        A change of plea hearing in this case is scheduled to proceed on **August 12, 2021, at 11:00 a.m.,** in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at

https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the hearing at least 24 hours in advance of the hearing.

        To access the audio feed of the conference, members of the press and public may call 888-363-4734 and use access code 1527005# and security code 1473#.  Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future

hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

    SO ORDERED.

Dated: New York, New York
       August 6, 2021

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. Please review the current courthouse entry protocols in advance, which can be found at https://www.nysd.uscourts.gov/covid-19-coronavirus.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Office of the District Court Executive*

EDWARD A. FRIEDLAND  　　　　　　　　　　　　　　　　　　　　　Voice: (212) 805-0500
*District Court Executive*　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 805-0383

MEMORANDUM

TO:         ALL PERSONS VISITING AN SDNY COURTHOUSE

FROM:       OFFICE OF THE DISTRICT EXECUTIVE

SUBJECT:    NOTIFICATION OF A POSITIVE COVID-19 TEST RESULT

DATE:       12/1/2020

---

The Court asks for your help in assisting to ensure the health and safety all of who have come into the SDNY Courthouses. If you have tested positive for COVID-19 within 14 days after visiting a SDNY Courthouse, please complete our questionnaire by going to:

https://www.surveymonkey.com/r/SDNY_COVID
or
Scan the following QR Code



If you have any questions or cannot access the questionnaire, please e-mail covid_response@nysd.uscourts.gov.