

November 17, 2021

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007-1312

## MEMO ENDORSED

Re: *United States v. Shelby Hines*
Ind. # 20 Cr. 126 (LTS)

Dear Judge Swain:

Given my trial schedule on an unrelated case, I am respectfully requested that the Court reschedule Mr. Hines' sentencing hearing date from December 9, 2021, to February 10, 2022.  The Government has no objection to my request.

Thank you for your consideration.

Application granted.  The sentencing hearing currently scheduled for December 9, 2021, is adjourned to February 10, 2022, at 2:30 p.m. DE#245 resolved.

SO ORDERED.
Dated: November 17, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.