UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                        No.   20 CR 126-LTS

SHELBY HINES,

        Defendant.

-------------------------------------------------------x

ORDER

        The sentencing hearing in this case scheduled to proceed on February 10, 2022, at

2:30 p.m., shall instead begin on **February 10, 2022, at 3:00 p.m.,** in Courtroom 17C. The

parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19

test reporting protocols, which are available on the Court's website, at

https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at

SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider

during or in connection with the hearing at least 24 hours in advance of the hearing.

        SO ORDERED.

Dated: New York, New York
       January 24, 2022

                                            /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge