

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

January 25, 2022

**Via ECF**                   **MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Judge – Chief Judge
500 Pearl Street
New York, New York 10007-1312

Re: *United States v. Shelby Hines*
Ind. # 20 Cr. 126 (LTS)

Dear Chief Judge Swain:

    Presently, the Court has scheduled a sentencing hearing on this matter for February 10, 2022. In preparation for my sentencing submission, there are certain items that I am still awaiting. I would therefore respectfully request that the Court reschedule Mr. Hines' sentencing hearing date to March 15, 2022. The Government has no objection to my request.

    Thank you for your consideration.

Application granted. The sentencing hearing currently scheduled for February 10, 2022, is adjourned to March 15, 2022, at 11:30 a.m. DE#265 resolved.

SO ORDERED.
Dated: January 25, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.