

February 28, 2022

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge – Chief Judge
500 Pearl Street
New York, New York 10007-1312

# MEMO ENDORSED

Re: *United States v. Shelby Hines*
Ind. # 20 Cr. 126 (LTS)

Dear Chief Judge Swain:

Presently, the Court has scheduled a sentencing hearing on this matter for March 15, 2022. In preparation for my sentencing submission, there are certain items that I am still awaiting. I would therefore respectfully request that the Court reschedule Mr. Hines' sentencing hearing date to May 12, 2022. The Government has no objection to my request.

Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

By: Steven Brill, Esq.

Application granted. The sentencing hearing currently scheduled for March 15, 2022, is adjourned to May 12, 2022, at 11:30 a.m. DE#270 resolved.

SO ORDERED.
Dated: March 1, 2022

/s/ Laura Taylor Swain, Chief U.S.D.J.