UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                              No.  20-CR-126-LTS-11

SHELBY HINES,                     ORDER

          Defendant.

--------------------------------------------------------x

        The conference scheduled for May 28, 2026 is hereby rescheduled to **May 29, 2026, at 11:00am**.


        SO ORDERED.

Dated: New York, New York         _/s/ Laura Taylor Swain_____
      May 8, 2026             LAURA TAYLOR SWAIN
                        Chief United States District Judge