

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 29, 2026

**BY ECF**

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 17C
New York, New York 10007

# MEMO ENDORSED

Re:    *United States v. Shelby Hines*, 20 Cr. 126 (LTS)

Dear Judge Swain:

As this Court is aware, the next status conference in the above-referenced violation of supervised release ("VOSR") is scheduled for July 10, 2026. Following conferral with counsel for the defendant and with the U.S. Probation Office, the Government respectfully submits this letter on consent to request an adjournment of the July 10, 2026 conference to September 2, 2026 at 11am or 2:30pm, or to September 8, 2026 at 2:30pm.

Thank you for your consideration.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _Caitlin McCarey_
Caitlin R. McCarey
Assistant United States Attorney
(212) 637-1041

The foregoing request is granted. The conference previously scheduled for July 10, 2026, is hereby adjourned to **September 8, 2026, at 2:30 PM.** Docket entry no. 518 is resolved.

SO ORDERED.

June 30, 2026
/s/ Laura Taylor Swain, Chief USDJ

CC:    Steven Brill (Counsel for Defendant)
Michael Estreicher (SDNY Probation)
Latoya Dunkley (EDNY Probation)