SULLIVAN | BRILL
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

September 2, 2026

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge – Chief Judge
500 Pearl Street
New York, New York 10007-1312

Re: *United States v. Shelby Hines*
Ind. # 20 Cr. 126 (LTS)

Dear Chief Judge Swain:

Presently, the Court has scheduled a VOSR hearing for Tuesday, September 8, 2026. With the consent of the Government, I respectfully request that the Court adjourn the hearing until Tuesday, October 8, 2026.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Hines

By: Steven Brill

The foregoing request is granted. The hearing scheduled for September 8, 2026 is hereby adjourned to **October 13, 2026 at 11am**.
Docket entry no. 525 is resolved.
SO ORDERED.
September 4, 2026
/s/ Laura Taylor Swain, Chief USDJ