UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

No. 20 CR 126 (LTS)

Shelby Hines,

-----------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

**ORDER**

Steven Gary Brill, Esq. is hereby ordered to resume representation of the defendant in the above-captioned matter.

Dated: New York, New York
October 28, 2026

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge